■ ALLSTATE INDEMNITY COMPANY, as Subrogee of Corey Wecler and Others, Appellant, v VIRFRA HOLDINGS, LLC, Respondent, et al., Defendant. [998 NYS2d 625]—

Order, Supreme Court, New York County (Ellen M. Coin, J.), entered July 11, 2013, which, insofar as appealed from, granted the motion of defendant Virfra Holdings to dismiss the complaint as against it, unanimously affirmed, with costs. Appeal from order, same court and Justice, entered March 13, 2014, which, inter alia, upon reargument, adhered to the original determination, unanimously dismissed, without costs, as academic.

The motion court correctly determined that the waiver of subrogation clause contained in the insurance policies and bylaws of the condominium association precluded this action. The nature of the loss that occurred herein was of the exact nature contemplated by the waiver of subrogation provision (*see e.g. Kaf-Kaf, Inc. v Rodless Decorations*, 90 NY2d 654, 660 [1997]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Tom, J.P., Acosta, Saxe, Moskowitz and Feinman, JJ.